STATE of Missouri, Respondent,

v.

Estil Lee RICHMOND, Appellant.

No. WD 39897.

Missouri Court of Appeals,
Western District.

March 22, 1988.

Tim Wynes, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and NUGENT and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1986, and sentence as a persistent offender, § 577.023, RSMo 1986, to five (5) years imprisonment.

Affirmed. Rule 30.25(b).